IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     No. 2:21-cr-19-DPM

ADRIAN LACEY     DEFENDANT

ORDER

Motion to reconsider, *Doc. 26*, denied. First, Lacey waived his speedy trial claim when he pleaded guilty. *Speed v. United States*, 518 F.2d 75, 77 (8th Cir. 1975). Second, Lacey is mistaken about the continuance granted in this case. Lacey's lawyer requested a continuance because she had recently taken over the case and needed more time to prepare for trial. *Doc. 12*. That request was reasonable. In choosing a new trial date, the Court did consider—as it always must— the age of Lacey's case and the number of other cases set for trial around the same time. But the Court did not continue the trial due to "general congestion of the court's calendar[.]" 18 U.S.C. § 3161(h)(7)(C); *compare United States v. Johnson*, 990 F.3d 661, 669 (8th Cir. 2021). Instead, it granted the continuance based on its conclusion that the ends of justice were best served by giving his lawyer more time to prepare. *Doc. 13*; 18 U.S.C. § 3161(h)(7)(A) & (B). Lacey's statutory speedy trial claim therefore fails.

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 November 2021